**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| ZAKIYYAH L. SULUKI | : | |
| Debtor | : | BANKRUPTCY NO.  17-12835MDC |

**CERTIFICATE OF SERVICE**

**AND NOW**, comes Terry Wall, from the office of Kenneth E. West, Esquire Chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A.  by electronic service only:

Creditor

   PHH Mortgage Corporation

   Attn:  Bankruptcy Dept.

   P.O. Box 24605

   West Palm Beach, FL  33416


Debtor's Attorney
Michael I. Assad, Esquire

Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102


B.  at the address(es) listed below by first class mail, postage prepaid: Debtor

Zakiyyah L. Suluki
4426 Overbrook Avenue
Philadelphia, PA 19131

/s/ Terry Wall

Office of Kenneth E. West

Chapter 13 Standing Trustee