United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12835-mdc |
| Zakiyyah L. Suluki | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Zakiyyah L. Suluki, 4426 Overbrook Avenue, Philadelphia, PA 19131-1523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

**Name**          **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for the POOLING AND SERVICING AGREEMENT Dated as of February 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2024 | Form ID: 212 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2 bkecf@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for the POOLING AND SERVICING AGREEMENT Dated as of February 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA etal jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  NA etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Zakiyyah L. Suluki mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Zakiyyah L. Suluki mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL J. SHAVEL | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2 mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2 mimcgowan@raslg.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  NA etal tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor WELLS FARGO BANK  N.A., et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT T CIESLIK | on behalf of Creditor RKL Financial Corporation vcieslik@capehart.com  mforbes@capehart.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 21

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                         Chapter: 13

    Zakiyyah L. Suluki

Debtor(s)                                                            Case No: 17−12835−mdc

---

*ORDER*

AND NOW, January 19, 2024, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Chief Judge, United States
Bankruptcy Court

181
Form 212