**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| ZAKIYYAH L. SULUKI | : | |
| Debtor | : | BANKRUPTCY NO.   17-12835MDC |

**PRAECIPE WOT WITHDRAW TRUSTEE'S**
**NOTICE OF COMPLETION OF PLAN PAYMENTS AND NOTICE OF FINAL CURE**

    Please withdraw Chapter 13 Trustee's Notice of Plan Completion AND Notice of Final Cure as these documents were FILED IN ERROR.

Respectfully submitted,

/s/ KENNETH E. WEST

1/24/24

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107
Phone: 215-627-1377