**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| ZAKIYYAH L. SULUKI | : | |
| Debtor | : | BANKRUPTCY NO.  17-12835MDC |

**CERTIFICATE OF SERVICE**

**AND NOW**, comes Terry Wall, from the office of Kenneth E. West, Esquire Chapter 13 standing trustee, and certifies that s/he served the attached Praecipe to Withdraw Chapter 13 Standing Trustee's Notice of Plan Completion and Notice of Final Cure on the following parties:

A. by electronic service only:

Creditor

PHH Mortgage Corporation

Attn:  Bankruptcy Dept.

P.O. Box 24605

West Palm Beach, FL  33416


Debtor's Attorney

Michael I. Assad, Esquire
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102


B. at the address(es) listed below by first class mail, postage prepaid: Debtor

Zakiyyah L. Suluki
4426 Overbrook Avenue
Philadelphia, PA 19131


/s/ Terry Wall

Office of Kenneth E. West

Chapter 13 Standing Trustee