Certificate Number: 16339-PAE-DE-038135602

Bankruptcy Case Number: 17-12835



16339-PAE-DE-038135602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2024, at 2:53 o'clock PM EST, Zakiyyah Suluki completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 28, 2024            By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor