UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  WITHDRAWAL OF APPEARANCE OF CHARLES G. WOHLRAB AND ENTRY OF APPEARANCE OF MICHELLE L. MCGOWAN | Case No.:  *See attached* |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of Secured Creditor in the Bankruptcy matters attached hereto as Exhibit A.

Respectfully submitted,

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire

KINDLY ENTER my appearance on behalf of Secured Creditor in the Bankruptcy matters attached hereto as Exhibit A.

Respectfully submitted,

/s/ Michelle L. McGowan
Michelle L. McGowan, Esquire