IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    ZAKIYYAH L. SULUKI<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO.  17-12835-PMM |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    ZAKIYYAH L. SULUKI
    4426 OVERBROOK AVENUE
    PHILADELPHIA, PA  19131

B. and by electronic service only:

Creditor

    NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING
    PO BOX 10826
    GREENVILLE, SC  29603-0826

Debtor's Attorney

    CIBIK LAW, P.C.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated:  9/19/2024

    /s/ Kenneth E.West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ZAKIYYAH L. SULUKI

CHAPTER 13

BANKRUPTCY NO. 17-12835-PMM

**Debtor**

CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

ZAKIYYAH L. SULUKI
4426 OVERBROOK AVENUE
PHILADELPHIA, PA  19131

B. and by electronic service only:

Creditor

NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603-0826

Debtor's Attorney

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated:  9/19/2024

/s/ Kenneth E.West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee