United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12835-pmm |
| Zakiyyah L. Suluki | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 4
Date Rcvd: Sep 24, 2024   Form ID: 138OBJ   Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Zakiyyah L. Suluki, 4426 Overbrook Avenue, Philadelphia, PA 19131-1523 |
| 14642143 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13923465 | + | Ayeesha Tyler, 6232 Larchwood ave., Philadelphia, PA 19143-1024 |
| 13905824 | + | CR SLH PARTNERS LP, ONE CRESCENT DRIVE, SUITE 203, PHILADELPHIA, PA 19112-1015 |
| 13923721 | + | First District of PA, Traffic Div., 800 Spring Garden St., Phila., PA 19123-2616 |
| 13923468 | + | Hon Kelly Micozzi-Aquirre, 409 Ashland Avenue, Secane, PA 19018-2705 |
| 14463618 | | Mill City Mortgage loan trust 2019-GS2, New REZ d/b/a, P.O. Box 10826, Greenville<SC 28603-0826 |
| 13905833 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13938007 | + | Phila. Municipal Court, Traffic Div., 800 Spring Garden St., Phila., PA 19123-2616 |
| 13923472 | | RCB Revenue Collection Bureau, Torresdale Ave., Philadephia, Pa 19135 |
| 13905834 | + | RKL Financial Corporation, c/o Vincent T. Cieslik, Esquire, Capehart Scatchard, 8000 Midlantic Dr., Mt. Laurel, NJ 08054-1543 |
| 13923473 | + | Revenue Collection Bureau, Inc., 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 13905837 | + | SUSAN KUPERSMITH< ESQ, ONE CRESCENT DRIVE, SUITE 203, PHILADELPHIA, PA 19112-1015 |
| 13936541 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esq., Morton & Craig LLC, 110 Marter Ave., Ste. 301, Moorestown, NJ 08057-3125 |
| 13923474 | + | Sundance Vacations, Inc., 620 Allendale Road, King of Prussia, PA 19406-1467 |
| 14642435 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13913139 | | Wells Fargo Bank NA, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13923467 | + | first District of Pa, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13905821 | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13905822 | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13994551 | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13905818 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:26 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13905819 | + Email/Text: ecf@ccpclaw.com | Sep 24 2024 23:58:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13923466 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2024 23:58:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13905823 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 24 2024 23:59:03 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 13905825 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2024 23:59:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 13905826 | | Email/Text: bankruptcycourts@equifax.com | Sep 24 2024 23:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13905827 | ^ | MEBN | Sep 24 2024 23:54:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13905829 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2024 23:58:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13905831 | | Email/Text: bankruptcy@nationalcreditsystems.com | Sep 24 2024 23:58:00 | National Credit System, PO Box 31215, Atlanta, GA 31131 |
| 13923469 | | Email/Text: ebn@nemours.org | Sep 24 2024 23:59:00 | Nemours Childrens Health System, P.O. Box 530253, Atlanta, GA 30353-0253 |
| 14906151 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 24 2024 23:58:00 | NewRez, LLC, C/O Wendy Locke, 3333 Camino del Rio South, Ste. 225, San Diego, CA 92108-3808 |
| 13905832 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 24 2024 23:58:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 13923470 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 24 2024 23:58:00 | PECO Energy, 2301 Market Street #N 3-1, Legal Department, Philadelphia, PA 19103-1338 |
| 13923471 | ^ | MEBN | Sep 24 2024 23:54:35 | PGW, Legal Department - 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14642144 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 24 2024 23:58:00 | PHH Mortgage Corporation, Attn: Bky Dept, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 13973484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13920507 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13938007 | + | Email/Text: Marisol.Morales@courts.phila.gov | Sep 24 2024 23:58:00 | Phila. Municipal Court, Traffic Div., 800 Spring Garden St., Phila., PA 19123-2616 |
| 13924574 | + | Email/Text: bankruptcy@philapark.org | Sep 24 2024 23:59:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13923720 | + | Email/PDF: bankruptcy_prod@navient.com | Sep 25 2024 00:08:29 | S L M Financial Corp./Sallie Mae, Sallie Mae, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 13921213 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2024 23:59:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 961245, DALLAS, TX 76161-0244 |
| 13905828 | | Email/Text: bankruptcy@sequium.com | Sep 24 2024 23:58:00 | Focus Receivables Mana, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 13905835 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2024 23:59:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 13905836 | + | Email/Text: bankruptcy@sw-credit.com | Sep 24 2024 23:59:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13905838 | | Email/Text: DASPUBREC@transunion.com | Sep 24 2024 23:58:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13969055 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 24 2024 23:58:00 | WELLS FARGO BANK, N.A., as Trustee et.al., |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13905820 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13905830 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for the POOLING AND SERVICING AGREEMENT Dated as of February 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank  NA etal jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK  N.A., as Trustee for the POOLING AND SERVICING AGREEMENT Dated as of February 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ1 jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank  NA etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

**MARIO J. HANYON**
on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MICHAEL A. CIBIK**
on behalf of Debtor Zakiyyah L. Suluki help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**MICHAEL J. SHAVEL**
on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2 mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2 mimcgowan@raslg.com

**THOMAS SONG**
on behalf of Creditor Wells Fargo Bank  NA etal tomysong0@gmail.com

**THOMAS SONG**
on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR Et.Al tomysong0@gmail.com

**THOMAS SONG**
on behalf of Creditor WELLS FARGO BANK  N.A., et.al. tomysong0@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**VINCENT T CIESLIK**
on behalf of Creditor RKL Financial Corporation vcieslik@capehart.com mforbes@capehart.com

**WILLIAM EDWARD CRAIG**
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 19

*Form 138OBJ* (6/24)−doc 198 − 196

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Zakiyyah L. Suluki ) Case No. 17−12835−pmm
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024                              For The Court

                                                          Timothy B. McGrath
                                                          Clerk of Court